In the Matter of GEORGE INFANTE, as Administrator of the Estate of ROSEMARY A. INFANTE, Deceased, Respondent, v CAROLINE R. DIGNAN, M.D., as Medical Examiner of Monroe County, et al., Appellants.

Submitted February 17, 2009; decided February 19, 2009

Motion by Most Reverand Howard J. Hubbard, D.D. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

BORIS KHRAPUNSKIY et al., Respondents, v ROBERT DOAR, as Commissioner of the New York State Office of Temporary and Disability Assistance, Appellant.

Submitted February 17, 2009; decided February 19, 2009

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

IGOR MISICKI, Appellant, v SALVATORE CARADONNA, Defendant, and 430-50 SHORE ROAD CORPORATION, Respondent. (And a Third-Party Action.)

Submitted February 17, 2009; decided February 19, 2009

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.